UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| ANDREW SCOTT CONARD, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:17-CV-391-TAV |
| | ) | | 3:15-CR-78-TAV-CCS-1 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## ORDER

  This matter is before the Court on Respondent's motion for extension of time [Doc. 56]. On September 6, 2017, the Court entered an order directing Respondent to respond to Petitioner's motion to vacate, set aside, or correct a sentence, filed pursuant to 28 U.S.C. § 2255, within thirty days of entry of that order [Doc. 55]. Respondent now requests a thirty (30) day extension of the current deadline. In support of its motion, Respondent argues that "[d]ue to a heavy workload and time constraints on other matters" it will be unable to complete and file the response as scheduled [Doc. 56]. This is Respondent's first request for an extension of time in this matter.

  The Court finds that the motion for extension of time [Doc. 56] is well taken, and the motion is therefore **GRANTED nunc pro tunc** as of the date of filing.

  **IT IS SO ORDERED.**

              s/ Thomas A. Varlan
              CHIEF UNITED STATES DISTRICT JUDGE